In the Matter of the Claim of HARRY ROSEN, Respondent, against JULIUS OSTROFSKY, Respondent, and GREAT AMERICAN INDEMNITY COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted March 5, 1934; decided March 20, 1934.)

*Jeremiah F. Connor* for appellant.

*James C. Paradise* and *Herman Edelsberg* for Julius Ostrofsky, respondent.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs in favor of the employer-respondent; no opinion.

Concur: POUND, Ch: J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.